MAHMOUD DIARASSOUBA, Respondent, v SPENCER LUBIN et al., Appellants.

Submitted October 9, 2012; decided November 29, 2012

Motion for reargument of motion for leave to appeal denied [*see* 19 NY3d 1016 (2012)].

In the Matter of GREGORY JOHN FISCHER et al., Appellants, v NYS BOARD OF ELECTIONS et al., Respondents.

Submitted November 5, 2012; decided November 29, 2012

Motion for reconsideration of this Court's October 18, 2012 dismissal order denied [*see* 19 NY3d 1040 (2012)].

PATRICIA KANE, as the Limited Administratrix of the Estate of JEANNE KANE, Deceased, and PATRICIA KANE, Individually, Respondent, v JOHN GALTIERI, Appellant, and MARILYN GALTIERI, Intervenor.

Decided November 29, 2012

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD J. RYAN, Appellant.

Submitted October 22, 2012; decided November 29, 2012

Motion for leave to appeal dismissed as untimely.